IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ashley, Donna | Case Number: 08 B 00913 |
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 1/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 7, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | 680 Lakeshore Condominium Association | Secured | 10,097.00 | 0.00 |
| 6. | Arnstein & Lehr | Secured | 5,942.82 | 0.00 |
| 7. | America's Servicing Co | Secured | 71,645.92 | 0.00 |
| 8. | Washington Mutual | Secured | 42,600.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 5,735.40 | 0.00 |
| 10. | 680 Lakeshore Condominium Association | Unsecured | 0.46 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 325.91 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 585.71 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 139.42 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 79.94 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 573.98 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 470.97 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 1,920.00 | 0.00 |
| 18. | EPN Inc | Unsecured | 245.00 | 0.00 |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | 880.00 | 0.00 |
| 20. | Golub Management Co. | Priority | | No Claim Filed |
| 21. | 111 E. Chestnut Condominium Association | Priority | | No Claim Filed |
| 22. | Lakeshore Place Electric | Priority | | No Claim Filed |
| 23. | 680 Board Of Directors Condo Association | Priority | | No Claim Filed |
| | | | $ 141,242.53 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ashley, Donna

Printed: 5/20/08

Case Number: 08 B 00913
Judge: Hollis, Pamela S
Filed: 1/16/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

